IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:    Deborah Faye Adams    #18-51701-MPP
Chapter 13

OBJECTING PARTY: **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

___  1. Debtor(s) not eligible for chapter 13 relief. 11 U.S.C. § 109

___  2. Plan not proposed in good faith. 11 U.S.C. § 1325(a)(3)

___  3. Creditors receive less under the plan that they would receive in a chapter 7.
       11 U.S.C. § 1325(a)(4)

___  4. Plan does not provide for payment of all disposable income. 11 U.S.C. § 1325(b)

_x__ 5. The plan is not feasible. 11 U.S.C. § 1325(a)(6)

___  6. Petition not filed in good faith. 11 U.S.C. §1325 (a)(7)

___  7. Debtor(s) has failed to pay required domestic support obligations post-petition.
       11U.S.C. §1325 (a)(8)

___  8. Unsecured claims are improperly classified or plan unfairly discriminate as a class.
       11 U.S.C. § 1322(b)(1)

___  9. Plan improperly provides for lien avoidance.

___  10. Collateral is undervalued or all collateral not listed. 11 U.S.C. § 1325(a)(5)(B)

___  11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

___  12. Lack of adequate protection, either in monthly payment on secured debt or absence of
        insurance. 11 U.S.C. §1325(a)(5)(B)

___  13. The plan does not permit a deficiency claim.

___  14. Security interest in principal residence is impermissibly modified, no mortgage arrearage
        listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

___  15. Plan does not provide for lien retention for a secured claim. 11 U.S.C. § 1325(a)(5)(B)

___  16. Debtor(s) have unfiled federal income tax returns. 11 U.S.C. §1325 (a)(9).

___  17. Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

___  18. Local Plan Form (3015-1) has been modified outside the parameters of Fed.R.Bankr. 9009.

_X_  19. Trustee preserves any and all other applicable objections to confirmation.

___  20. Other :_____
        _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

 /s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995